March 3, 1978.

387 A.2d 101

Andre v. Andre, Appellant.

Argued December 12, 1977.   Lawrence Sager, with him Louis Sager, for appellant;  Paul A. Prince, with him Prince and Prince, for appellee.

OPINION PER CURIAM:  Decree affirmed.   Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

387 A.2d 101

Barlas et al., Appellants, v. Roller Rama Skating Rink, Inc.

Argued December 6, 1977.   Ronald Ziegler, with him Tubis, Schwartz & Ziegler, for appellants;  Gordon G. Erdenberger, with him William B. Moyer, for appellee.

Order affirmed.